UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JAMES PADRTA**,                                   Civil Case No. 3:12-CV-01521-KI

      Plaintiff,

                                     JUDGMENT

      v.

**CAROLYN W. COLVIN,**
Acting Commissioner of Social Security,

      Defendant.


    Bruce Brewer
    P.O. Box 421
    West Linn, Oregon  97068

        Attorney for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204

Jordan D. Goddard
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075

      Attorneys for Defendant

KING, Judge:

      Based on the record,

      The decision of the Commissioner is hereby AFFIRMED.

      Dated this   25th   day of March, 2014.

                                    /s/ Garr M. King
                                    Garr M. King
                                    United States District Judge